**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:11-CV-91-GCM**

| | | |
|---|---|---|
| **MARIO-MATEO RIVERA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **CENTRAL TRANSPORT INTL.,** | ) | |
| **Defendant.** | ) | |

     **THIS MATTER** is before the Court on its own motion.  IT IS HEREBY ORDERED

that the trial in this matter is re-scheduled for **February 6, 2012** at 10:00 A.M. in

Courtroom 3.

     SO ORDERED.

          Signed: August 18, 2011

Graham C. Mullen
United States District Judge