IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV91

| | |
|---|---|
| MARIO MATEO RIVERA, ) ) Plaintiff, ) ) vs. ) ) CENTRAL TRANSPORT INTL., ) ) Defendant. ) _____ ) | ORDER |

This matter is before the court upon the Defendant's Motion for Summary Judgment. The *pro se* Plaintiff was issued a *Roseboro* notice on November 30, 2011, directing him to respond to the Defendant's motion within fourteen days. To date, Plaintiff has failed to respond. It appears to the court, for the reasons stated in Defendant's brief in support of its motion, that there are no genuine issues of material fact and that Defendant is entitled to judgment as a matter of law.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED.

Signed: January 4, 2012

Graham C. Mullen
United States District Judge